AO 467 (Rev. 1/86) Order Holding Defendant

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT __ARKANSAS__

UNITED STATES OF AMERICA

V.

JAMES D. GIVENS

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: 4:06m4003-001

Charging District Case Number: 03-5188M-01

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Western__ District of __Louisiana__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) __U.S. Courthouse, 300 Fannin, 4th Floor Crtrm #3__
*Place and Address*

__Shreveport, Louisiana__ on __Friday, August 18, 2006 at 9:30 a.m.__
*Date and Time*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 17 2006
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

*Signature of Judicial Officer*

__August 17, 2006__
*Date*

Hon. Bobby E. Shepherd, U.S. Magistrate Judge
*Name and Title of Judicial Officer*